# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Earnest Maurice Allen, aka Earnest Maurice Pickett, aka Ernest Maurice Allen <br> *Petitioner* <br> v. <br> Warden Jackson <br> *Respondent* | ) ) ) ) ) ) Civil Action No. 4:24-cv-2899-BHH |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: Summary Judgment is entered as to Respondent, Warden Jackson and this Petition is dismissed. A certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  March 12, 2025

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie Stokes
*Signature of Clerk or Deputy Clerk*